**IN RE: Catherine Denise RANDOLPH, Appellant.**

No. 16-1307

United States Court of Appeals, Fourth Circuit.

Submitted: September 13, 2016

Decided: September 16, 2016

Catherine Denise Randolph, Petitioner Pro Se.

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the district court's orders returning her complaints because the complaints were not in compliance with the prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

**IN RE: Juan GUTIERREZ, Petitioner.**

No. 16-1439

United States Court of Appeals, Fourth Circuit.

Submitted: September 1, 2016

Decided: September 16, 2016

Juan Gutierrez, Petitioner Pro Se.

Before MOTZ, SHEDD, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Gutierrez petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed the § 2241 petition on May 20, 2016. Accordingly, because the district court has recently decided Gutierrez's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED